UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH HASELWANDER,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Case No. 10-1190 (RJL) |
| **JOHN M. McHUGH,** | ) |
| **Defendant.** | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 18th day of July, 2012, hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #11] is **GRANTED**; it is further

**ORDERED** that plaintiff's Cross-Motion for Summary Judgment [Dkt. #17] is **DENIED**; it is further

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge