UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH HASELWANDER,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JOHN M. McHUGH,** )<br>)<br>**Defendant.** ) | Civil Case No. 10-1190 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 18th day of July, 2012, hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #11] is **GRANTED**; it is further

**ORDERED** that plaintiff's Cross-Motion for Summary Judgment [Dkt. #17] is **DENIED**; it is further

    **SO ORDERED**.

                                          _____
                                          RICHARD J. LEON
                                          United States District Judge